**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-2662 |
| | ) | |
| v. | ) | |
| | ) | |
| LEONARD BREWER, JR. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**COMPLAINT**

Plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to reduce to judgment assessments made against Defendant Leonard Brewer, Jr. for unpaid federal income taxes, including penalties and other statutory additions, for tax years 2009, 2011, 2012, 2013, and 2014.

**JURISDICTION AND VENUE**

1. Jurisdiction over this action is conferred upon this Court by virtue of 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1396 because Defendant Brewer resides, and the tax liabilities accrued, within this judicial district.

**PARTIES**

3. Plaintiff is the United States of America.

4. Defendant is Leonard Brewer, Jr. He resides at 7808 Daniel Drive, District Heights, Maryland, which is within this judicial district.

1

**COUNT I: REDUCE INCOME TAX ASSESSMENTS TO JUDGMENT AGAINST LEONARD BREWER, JR.**

5. The United States incorporates the preceding paragraphs as if fully set forth herein.

6. On the dates below, in the amounts, and for the tax years set forth below, a delegate of the Secretary of the Treasury made timely assessments against Defendant Leonard Brewer, Jr. for unpaid federal income taxes:

| Tax Period Ending | Type of Tax | Date of Assessment | Amount Assessed | Amount Owed as of January 19, 2026 |
|---|---|---|---|---|
| 12/31/2009 | Form 1040 | 5/16/2016 | $15,306 | $31,210.12 |
| 12/31/2011 | Form 1040 | 4/25/2016 | $14,894 | $32,481.85 |
| 12/31/2012 | Form 1040 | 5/2/2016 | $15,474 | $30,099.62 |
| 12/31/2013 | Form 1040 | 4/11/2016 | $15,660 | $9,359.20 |
| 12/31/2014 | Form 1040 | 4/11/2016 | $18,621 | $32,682.79 |
| | | | **Total Outstanding Balance:** | $135,833.58 |

7. Penalties and interest have accrued according to law on the unpaid balance of assessments set forth in Paragraph 6, above, and will continue to accrue until paid in full.

8. A delegate of the Secretary of the Treasury gave notice of the tax assessments set forth in Paragraph 6, above, to Defendant Leonard Brewer, Jr. and made demand for payment of those assessments.

9. Despite notice and demand for payment of the assessments set forth in Paragraph 6, above, Defendant Leonard Brewer, Jr. has neglected or refused to make full payment of those assessments to the United States.

10. Generally, the United States must bring a suit to reduce unpaid tax liabilities to judgment within ten years from the date of assessment. 26 U.S.C. § 6502(a). This is referred to as the collection statute expiration date ("CSED").

11. The CSED can be tolled by various events. For example, the CSED is tolled during the period that a request for an installment agreement is pending with the IRS, and for thirty days after a request for an installment agreement is rejected by the IRS. 26 U.S.C. § 6331(i)(5), (k)(2).

12. All the federal tax assessments set forth in Paragraph 6 above were made more than ten years prior to the filing of this complaint. But the CSED was tolled for each tax year for the reasons described below.

13. On April 18, 2024, Defendant submitted a request to the IRS for an installment agreement. On June 13, 2024, the IRS sent to Defendant Letter 4052, "Rejection of Proposed Installment Agreement." Thus, the CSED was extended by at least 56 days plus 30 days for a total of 86 days for the 2009, 2011, 2012, 2013, and 2014 tax years.

14. For the 2009 tax year, the CSED was extended from May 16, 2026 to at least August 10, 2026.

15. For the 2011 tax year, the CSED was extended from April 25, 2026 to at least July 20, 2026.

16. For the 2012 tax year, the CSED was extended from May 2, 2026 to at least July 27, 2026.

17. For the 2013 and 2014 tax years, the CSED was extended from April 11, 2026 to at least July 6, 2026.

18. As such, this suit is timely brought for all the assessments set forth in Paragraph 6 above.

19. As a result, Defendant Brewer is indebted to the United States for federal income taxes in the amount of $135,833.58, as of January 19, 2026, plus statutory additions and interest that will continue to accrue after that date according to law.

3

WHEREFORE, the United States seeks judgment as follows:

(A)    Judgment in favor of the United States and against Defendant Brewer in the amount of $135,833.58, as of January 19, 2026, plus statutory additions and interest that will continue to accrue after that date until paid; and

(B)    Such other and further relief as may be deemed just and proper under the circumstances.

Dated: July 6, 2026                                Respectfully submitted,

                                                   BRETT A. SHUMATE
                                                   Assistant Attorney General

                                                   JOSHUA WU
                                                   Deputy Assistant Attorney General
                                                   Tax Litigation Branch

                                                   */s/ Maria E. Ruwe*
                                                   MARIA E. RUWE
                                                   Trial Attorney
                                                   Tax Litigation Branch
                                                   Civil Division, Department of Justice
                                                   P.O. Box 227
                                                   Washington, D.C. 20044
                                                   202-746-1624 (phone)
                                                   202-514-6866 (fax)
                                                   Maria.E.Ruwe@usdoj.gov
                                                   *Counsel for Plaintiff*